# United States Bankruptcy Court
## District of Maine

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **Maietta Construction, Inc.** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **01-0281256** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): **154 Pleasant Hill Road, #1** **Scarborough, ME** ZIP Code **04074** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
|---|---|

| County of Residence or of the Principal Place of Business: **Cumberland** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
|---|---|

Location of Principal Assets of Business Debtor (if different from street address above):

## Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Maietta Construction, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

- ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

- ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
- ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
- ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Maietta Construction, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Robert J. Keach
Signature of Attorney for Debtor(s)
**Robert J. Keach**
Printed Name of Attorney for Debtor(s)
**Bernstein, Shur, Sawyer & Nelson**
Firm Name
**100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029**
Address

**207-774-1200  Fax: 207-774-1127**
Telephone Number
**July 21, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ David Hatch
Signature of Authorized Individual
**David Hatch**
Printed Name of Authorized Individual
**Controller**
Title of Authorized Individual
**July 21, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Maine

In re **Maietta Construction, Inc.**  
Debtor(s)

Case No. _____  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Maietta Construction, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 21, 2010**  
Date

Robert J. Keach  
Signature of Attorney or Litigant  
Counsel for **Maietta Construction, Inc.**  
Bernstein, Shur, Sawyer & Nelson  
100 Middle Street  
P.O. Box 9729  
Portland, ME 04104-5029  
207-774-1200 Fax:207-774-1127

# United States Bankruptcy Court
## District of Maine

In re    **Maietta Construction, Inc.**    ,     Case No. _____

             Debtor

             Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| James Maietta<br>118 Richland Avenue<br>South Portland, ME 04106 | Common Stock | 11.67% | |
| Louis Maietta<br>129 Walnut Street<br>South Portland, ME 04106 | Common Stock | 18.31% | |
| Louis Maietta, Jr.<br>185 Elderberry Drive<br>South Portland, ME 04106 | Common Stock | 11.67% | |
| Michael Maietta<br>49 Eldeberry Drive<br>South Portland, ME 04106 | Common Stock | 11.67% | |
| Neil Maietta<br>262 Eldberry Drive<br>South Portland, ME 04106 | Common Stock | 11.67% | |
| Robert Maietta<br>86 Windy Way<br>South Portland, ME 04106 | Common Stock | 11.67% | |
| Thomas Maietta<br>650 Sawyer Street<br>South Portland, ME 04106 | Common Stock | 11.67% | |
| Vincent Maietta<br>199 Eldeberry Drive<br>South Portland, ME 04106 | Common Stock | 11.67% | |

    **0**    continuation sheets attached to List of Equity Security Holders

| | |
|---|---|
| In re   **Maietta Construction, Inc.** | Case No. _____ |
| | Debtor |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Controller of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 21, 2010**    Signature  */s/ David Hatch*
**David Hatch**
**Controller**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maine

In re  Maietta Construction, Inc.
                          Debtor(s)

Case No. _____
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sabara Property Care, Inc. 4 Phillips Street Cumberland Center, ME 04021 | Sabara Property Care, Inc. 4 Phillips Street Cumberland Center, ME 04021 | | | 67,485.25 |
| Ferguson Waterworks, Inc. 429 Troy Avenue Colchester, VT 05446 | Ferguson Waterworks, Inc. 429 Troy Avenue Colchester, VT 05446 | | | 48,957.89 |
| Blackstone, Albert Jr. P.O. Box 87 Pownal, ME 04069 | Blackstone, Albert Jr. P.O. Box 87 Pownal, ME 04069 | | | 48,282.00 |
| Kelly, Remmel & Zimmerman 53 Exchange Street P.O. Box 597 Portland, ME 04112 | Kelly, Remmel & Zimmerman 53 Exchange Street P.O. Box 597 Portland, ME 04112 | Legal Services | | 41,005.93 |
| U.S. Department of Labor Occupational Safety and Health Admin 40 Western Ave, Room G-26 Augusta, ME 04330 | U.S. Department of Labor Occupational Safety and Health Admin 40 Western Ave, Room G-26 Augusta, ME 04330 | | | 41,000.00 |
| Roberts, George R. Co. 192 Biddeford Road Alfred, ME 04002 | Roberts, George R. Co. 192 Biddeford Road Alfred, ME 04002 | | | 39,962.02 |
| Skillings Shaw and Associates 485 Main Street P.O. Box 481 Lewiston, ME 04243 | Skillings Shaw and Associates 485 Main Street P.O. Box 481 Lewiston, ME 04243 | | | 35,466.98 |
| Fortin Howegate & Harmon 210 Western Avenue, Suite 200 South Portland, ME 04106 | Fortin Howegate & Harmon 210 Western Avenue, Suite 200 South Portland, ME 04106 | | | 29,710.00 |
| Pike Industries, Inc. 145 River Road Lewiston, ME 04243 | Pike Industries, Inc. 145 River Road Lewiston, ME 04243 | | | 26,887.45 |
| Aroostook Fence Co. 1827 Lisbon Street Lewiston, ME 04240-1416 | Aroostook Fence Co. 1827 Lisbon Street Lewiston, ME 04240-1416 | | | 23,522.85 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Pickrell Electric Inc. 36 Sebago Lake Road Gorham, ME 04038 | Pickrell Electric Inc. 36 Sebago Lake Road Gorham, ME 04038 | | | 20,900.00 |
| Drilling Blasting and Rock Specialist P.O. Box 65 Gardiner, ME 04345 | Drilling Blasting and Rock Specialist P.O. Box 65 Gardiner, ME 04345 | | | 20,840.00 |
| Stratham Tire, Inc. 355 Route 125 Brentwood, NH 03833 | Stratham Tire, Inc. 355 Route 125 Brentwood, NH 03833 | | | 18,913.01 |
| McGoldrick Bros. Blasting Services, Inc. 11 Cherry Lane Windham, ME 04062 | McGoldrick Bros. Blasting Services, Inc. 11 Cherry Lane Windham, ME 04062 | | | 17,888.25 |
| Ford Credit P.O. Box 94380 Palatine, IL 60094-4380 | Ford Credit P.O. Box 94380 Palatine, IL 60094-4380 | | | 16,592.02 |
| Harleysville Insurance 355 Maple Avenue Harleysville, PA 19438-2297 | Harleysville Insurance 355 Maple Avenue Harleysville, PA 19438-2297 | | | 16,307.00 |
| Olafsen & Butterfield 75 Pearl Street, Suite 215 Portland, ME 04101 | Olafsen & Butterfield 75 Pearl Street, Suite 215 Portland, ME 04101 | Legal Services | | 16,083.50 |
| Hillcock Well Drilling 52 Mitchell Hill Road Gorham, ME 04038 | Hillcock Well Drilling 52 Mitchell Hill Road Gorham, ME 04038 | | | 15,634.25 |
| Scarborough Sanitary District 415 Black Point Road Scarborough, ME 04074 | Scarborough Sanitary District 415 Black Point Road Scarborough, ME 04074 | Sewer Charges | | 14,925.72 |
| Pierce Atwood LLP 1 Monument Square Portland, ME 04101 | Pierce Atwood LLP 1 Monument Square Portland, ME 04101 | Legal Services | | 14,019.29 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Controller of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   July 21, 2010                       Signature   _____
                                                        David Hatch
                                                        Controller

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# ACTION TAKEN BY UNANIMOUS WRITTEN CONSENT
# OF THE BOARD OF DIRECTORS OF
# MAIETTA CONSTRUCTION, INC.,
# WITHOUT MEETING

We, the undersigned, being the Directors of MAIETTA CONSTRUCTION, INC. (the "Company"), pursuant to 13-C M.R.S.A. § 822, hereby take the following action without holding a meeting, such action being stated in the form of and to be as fully effective as if taken by unanimous resolution or resolutions of the Directors at a meeting thereof duly called and held on the date hereof at which the undersigned Directors were present and acting throughout:

**RESOLVED:** That in the judgment of the undersigned Directors of the Company, it may be desirable and in the best interests of the Company, its creditors, shareholders, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "Code"); and further,

**RESOLVED:** That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine (the "Bankruptcy Court") at such time as the Company shall determine and in such form or forms as the Company may approve; and further,

**RESOLVED:** That Mark Stickney as CRO (as defined below), David Hatch, or any officer of the Company be and hereby is authorized on behalf of, and in the name of, the Company to execute and file any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to use cash collateral or to borrow under a post-petition credit facility, to grant liens, guarantees, pledges, mortgages and other security therefor, to file and prosecute a plan of reorganization and/or to sell all or substantially all of the Company's assets in one or more transactions designed to maximize the value of such assets; and further

**RESOLVED:** That Mark Stickney as CRO, David Hatch, or any officer of the Company be and hereby is authorized on behalf of, and in the name of, the Company to enter into and execute an employee leasing agreement or similar agreement between the Company and Maietta Enterprises, Inc.; and further

**RESOLVED:** That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson ("BSSN") as general bankruptcy counsel to the Company in connection with the Chapter 11 case if the Company determines that the filing of a voluntary petition for relief is proper, and to pay BSSN at its standard hourly rates in connection with its representation of the Company and to provide BSSN with a retainer in an amount to be agreed upon by BSSN and the Company, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company; and further,

**RESOLVED:** That the Company be and hereby is authorized to retain the firm of Spinglass Management Group, LLC ("Spinglass") as its financial advisor in connection with the Chapter 11 case, and to pay Spinglass a retainer in an amount reasonably requested by Spinglass and agreed to by the Company, and additional fees at Spinglass's standard hourly rates for its services, and to reimburse Spinglass for any actual expenses incurred in connection with its employment by the Company; and further,

**RESOLVED:** That the Company be and hereby is authorized to retain Mark Stickney, CPA, as the Chief Restructuring Officer ("CRO") of the Company, and to pay Mark Stickney a retainer in an amount reasonably requested by Mark Stickney and additional fees at Mark Stickney's standard hourly rates for his services and to reimburse Mark Stickney for any actual expenses incurred in connection with his employment by the Company; and further,

**RESOLVED:** That Mark Stickney as CRO, David Hatch, or any officer of the Company be and is hereby authorized and directed to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further

**RESOLVED:** That Mark Stickney as CRO, David Hatch, or any officer of the Company be and is hereby authorized to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may reasonably be required to give effect to the consummation of the transactions contemplated by these resolutions to any Chapter 11 plan, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof; and further

**RESOLVED:** That to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by the Company, such actions are hereby ratified and confirmed in their entirety.

This Consent may be executed in multiple counterparts.

Dated: July 21, 2010

_____
Vincent A. Maietta

_____
Louis B. Maietta, Jr.

_____
Neil L. Maietta