B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maine

In re **Maietta Construction, Inc.**
Debtor(s)

Case No. **10-21171**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Bangor Savings Bank** P.O. Box 400 Bangor, ME 04402-0400 | **Bangor Savings Bank** P.O. Box 400 Bangor, ME 04402-0400 | **Trade debt** | | **366,846.88** |
| **Sabara Property Care, Inc.** 4 Phillips Street Cumberland Center, ME 04021 | **Sabara Property Care, Inc.** 4 Phillips Street Cumberland Center, ME 04021 | | | **67,485.25** |
| **Ferguson Waterworks, Inc.** 429 Troy Avenue Colchester, VT 05446 | **Ferguson Waterworks, Inc.** 429 Troy Avenue Colchester, VT 05446 | | | **48,957.89** |
| **Blackstone, Albert Jr.** P.O. Box 87 Pownal, ME 04069 | **Blackstone, Albert Jr.** P.O. Box 87 Pownal, ME 04069 | | | **48,282.00** |
| **Liberty Mutual** 100 Liberty Way Dover, NH 03820-8017 | **Liberty Mutual** 100 Liberty Way Dover, NH 03820-8017 | **Insurance** | | **45,778.00** |
| **Kelly, Remmel & Zimmerman** 53 Exchange Street P.O. Box 597 Portland, ME 04112 | **Kelly, Remmel & Zimmerman** 53 Exchange Street P.O. Box 597 Portland, ME 04112 | **Legal Services** | | **41,005.93** |
| **U.S. Department of Labor Occupational Safety and Health Admin** 40 Western Ave, Room G-26 Augusta, ME 04330 | **U.S. Department of Labor Occupational Safety and Health Admin** 40 Western Ave, Room G-26 Augusta, ME 04330 | | | **41,000.00** |
| **Roberts, George R. Co.** 192 Biddeford Road Alfred, ME 04002 | **Roberts, George R. Co.** 192 Biddeford Road Alfred, ME 04002 | | | **39,962.02** |
| **Skillings Shaw and Associates** 485 Main Street P.O. Box 481 Lewiston, ME 04243 | **Skillings Shaw and Associates** 485 Main Street P.O. Box 481 Lewiston, ME 04243 | | | **35,466.98** |
| **Fortin Howegate & Harmon** 210 Western Avenue, Suite 200 South Portland, ME 04106 | **Fortin Howegate & Harmon** 210 Western Avenue, Suite 200 South Portland, ME 04106 | | | **29,710.00** |

In re **Maietta Construction, Inc.** Case No. **10-21171**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Pike Industries, Inc.<br>145 River Road<br>Lewiston, ME 04243 | Pike Industries, Inc.<br>145 River Road<br>Lewiston, ME 04243 | | | 26,887.45 |
| Aroostook Fence Co.<br>1827 Lisbon Street<br>Lewiston, ME 04240-1416 | Aroostook Fence Co.<br>1827 Lisbon Street<br>Lewiston, ME 04240-1416 | | | 23,522.85 |
| Pickrell Electric Inc.<br>36 Sebago Lake Road<br>Gorham, ME 04038 | Pickrell Electric Inc.<br>36 Sebago Lake Road<br>Gorham, ME 04038 | | | 20,900.00 |
| Drilling Blasting and Rock Specialist<br>P.O. Box 65<br>Gardiner, ME 04345 | Drilling Blasting and Rock Specialist<br>P.O. Box 65<br>Gardiner, ME 04345 | | | 20,840.00 |
| Stratham Tire, Inc.<br>355 Route 125<br>Brentwood, NH 03833 | Stratham Tire, Inc.<br>355 Route 125<br>Brentwood, NH 03833 | | | 18,913.01 |
| McGoldrick Bros. Blasting Services, Inc.<br>11 Cherry Lane<br>Windham, ME 04062 | McGoldrick Bros. Blasting Services, Inc.<br>11 Cherry Lane<br>Windham, ME 04062 | | | 17,888.25 |
| Ford Motor Credit Company LLC<br>One American Road<br>Attn: Legal<br>Dearborn, MI 48126 | Ford Motor Credit Company LLC<br>One American Road<br>Dearborn, MI 48126 | | | 16,592.02 |
| Harleysville Insurance<br>355 Maple Avenue<br>Harleysville, PA 19438-2297 | Harleysville Insurance<br>355 Maple Avenue<br>Harleysville, PA 19438-2297 | | | 16,307.00 |
| Olafsen & Butterfield<br>75 Pearl Street, Suite 215<br>Portland, ME 04101 | Olafsen & Butterfield<br>75 Pearl Street, Suite 215<br>Portland, ME 04101 | Legal Services | | 16,083.50 |
| Hillcock Well Drilling<br>52 Mitchell Hill Road<br>Gorham, ME 04038 | Hillcock Well Drilling<br>52 Mitchell Hill Road<br>Gorham, ME 04038 | | | 15,634.25 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Controller of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 30, 2010**     Signature **/s/ David Hatch**
**David Hatch**
**Controller**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.