**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>MAIETTA CONSTRUCTION, INC.<br><br>and<br><br>MAIETTA ENTERPRISES, INC.<br><br>Debtors. | Chapter 11<br><br>Case Nos. 10-21171 and 11-20197<br><br>Jointly Administered |

**ORDER ON JOINT MOTION FOR ORDER: (I) APPROVING POST-PETITION BORROWING BETWEEN MAIETTA CONSTRUCTION, INC., MAIETTA ENTERPRISES INC. AND COASTAL REALTY CAPITAL; AND (II) DETERMINING THAT BLACKSTONE EQUIPMENT FINANCING, LP IS ADEQUATELY PROTECTED**

Upon consideration of the Joint Motion for Order: (I) Approving Post-Petition Borrowing Between Maietta Construction, Inc. ("Construction") and Maietta Enterprises, Inc. ("Enterprises" and together with Construction, the "Debtors") and Coastal Realty Capital ("Coastal"); and (II) Determining that Blackstone Equipment Financing, LP ("Blackstone") is Adequately Protected (the "Motion") and, upon consideration of all responses to the Motion, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The Debtors are hereby authorized to enter into the Post-Petition Loan[1] upon the terms set forth in the Motion and in the Term Sheet and upon the terms set forth in the commitment letter and the loan documents relating to the Post-Petition Loan, which commitment letter and loan documents shall substantially reflect the terms of the Term Sheet and shall be filed with this Court as soon as they are finalized.

2. The Debtors were unable to find financing under sections 364(a), (b) or (c) of the Bankruptcy Code.

---
[1] Capitalized terms not specifically defined herein shall have the meaning ascribed to such terms in the Motion.

1

3. Coastal is hereby granted a first-priority mortgage on the Parkway Property and the Enterprises Property pursuant to section 364(d) of the Bankruptcy Code.

4. The interests of Blackstone are adequately protected by its first priority positions in the Equipment Collateral, its first priority mortgage on the Sawyer Road Property and its second priority mortgages on the Parkway Property and the Enterprises Property.

5. Coastal acted in good faith in relation to the Post-Petition Loan under section 364(e) of the Bankruptcy Code.

DATED: May 17, 2011

  /s/ James B. Haines, Jr.
The Honorable James B. Haines, Jr.
United States Bankruptcy Judge for
The District of Maine