# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>MAIETTA CONSTRUCTION, INC.<br><br>and<br><br>MAIETTA ENTERPRISES, INC.<br><br>Debtors. | Chapter 11<br><br>Case Nos. 10-21171 and 11-20197<br><br>Jointly Administered |

**AMENDED**
**ORDER ON JOINT MOTION FOR ORDER: (I) APPROVING POST-PETITION BORROWING BETWEEN MAIETTA CONSTRUCTION, INC., MAIETTA ENTERPRISES INC. AND COASTAL REALTY CAPITAL; AND (II) DETERMINING THAT BLACKSTONE EQUIPMENT FINANCING, LP IS ADEQUATELY PROTECTED**

Upon consideration of the Joint Motion for Order: (I) Approving Post-Petition Borrowing Between Maietta Construction, Inc. ("Construction") and Maietta Enterprises, Inc. ("Enterprises" and together with Construction, the "Debtors") and Coastal Realty Capital ("Coastal"); and (II) Determining that Blackstone Equipment Financing, LP ("Blackstone") is Adequately Protected (the "Motion") and, upon consideration of all responses to the Motion, and upon consideration of Blackstone's consent to the Motion, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The Motion is granted upon the terms and conditions set forth in this Order.

2. The Debtors are hereby authorized to enter into the Post-Petition Loan[1] upon the terms set forth in the Motion and in the Term Sheet and upon the terms set forth in the commitment letter and the loan documents relating to the Post-Petition Loan, which commitment letter and loan documents shall substantially reflect the terms of the Term Sheet, **provided**, **however**, that any mortgage granted to secure the Post-Petition Loan shall not prime or be in priority to any mortgage held by Blackstone.

---

[1] Capitalized terms not specifically defined herein shall have the meaning ascribed to such terms in the Motion.

1

3. Coastal acted in good faith in relation to the Post-Petition Loan under section 364(e) of the Bankruptcy Code.

DATED: May 18, 2011

/s/ James B. Haines, Jr.
The Honorable James B. Haines, Jr.
United States Bankruptcy Judge for
The District of Maine